UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RUBEN TOMMY BOTTOM,

                        Petitioner,                    Case No. 1:12-cv-1292

v.                                                     Honorable Paul L. Maloney

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,

                        Respondents.
_____/


## ORDER

       In accordance with the Opinion entered this day:

       **IT IS ORDERED** that Petitioner's motion for an order directing Respondents to

respond to the petition (docket #2) is **DENIED** as moot.

       **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.




Dated:    February 6, 2013              /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge