UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBEN TOMMY BOTTOM,

        Petitioner,         Case No. 1:12-cv-1292

v.         Honorable Paul L. Maloney

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,

        Respondents.

_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because his claims are not cognizable under § 2241.

Dated:   February 6, 2013         /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge